**Order entered August 20, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00227-CV

### STEWART HUNTER, Appellant

### V.

### THOMAS GUERCIO AND SHELDON ROBINSON, Appellees

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-02165-2012**

## ORDER

Before the Court is appellees' August 17, 2018 joint unopposed motion to extend time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than September 10, 2018. We caution appellees that further extension requests will be disfavored.

/s/    DAVID EVANS
JUSTICE